## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Wanda Tate                      CHAPTER 7
       aka Wanda R. Linton
       aka Wanda R. Tate-Linton        BKY. NO. 19-14089 ELF

             Debtor

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of RoundPoint Mortgage Servicing Corporation and index same on the master mailing list.

             Respectfully submitted,
             **/s/ Kevin G. McDonald, Esq.**
             Kevin G. McDonald, Esquire
             KML Law Group, P.C.
             701 Market Street, Suite 5000
             Philadelphia, PA 19106-1532
             (215) 627-1322