IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:    Wanda Tate     : Case No.  19-14089
            : Chapter 7

## CERTIFICATION OF SERVICE

   The undersigned, attorney for Debtor, does hereby certify that I did on August 5, 2019, serve all Matrix creditors by electronic means or by US regular mail with notice of the rescheduling of the Meeting of Creditors in the above captioned matter until September 24, 2019 at 10:00 a.m.

   I declare under penalty of perjury that the foregoing is correct.


           s/ John M. Kenney
Date: August 5, 2019     John M. Kenney, Esquire
           308 N. Oxford Valley Road
           Fairless Hills, PA  19030