United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Wanda Tate  
    Debtor

Case No. 19-14089-elf  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Stacey     Page 1 of 1     Date Rcvd: Oct 21, 2019  
                        Form ID: 211     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 23, 2019.  
db          +Wanda Tate,   511 Anne Lane,   Fairless Hills, PA 19030-3801

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
cr          +E-mail/Text: bnc@atlasacq.com Oct 22 2019 03:31:55      Atlas Acquisitions LLC,   294 Union St.,   Hackensack, NJ 07601-4303  
                                                                                                                                            TOTAL: 1

             ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 23, 2019                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 21, 2019 at the address(es) listed below:  
         BONNIE B. FINKEL     finkeltrustee@comcast.net,    NJ69@ecfcbis.com;Finkeltrustee@comcast.net  
         BONNIE B. FINKEL     on behalf of Trustee BONNIE B. FINKEL finkeltrustee@comcast.net,    NJ69@ecfcbis.com;Finkeltrustee@comcast.net  
         JOHN M. KENNEY    on behalf of Debtor Wanda   Tate jken330@comcast.net,    Kathy@jkenneylaw.com  
         KEVIN G. MCDONALD    on behalf of Creditor    RoundPoint Mortgage Servicing Corporation    bkgroup@kmllawgroup.com  
         United States Trustee     USTPRegion03.PH.ECF@usdoj.gov  
                                                                                                                                    TOTAL: 5

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re:  Chapter: 7

    Wanda Tate

Debtor(s)  Case No: 19−14089−elf

___

*ORDER*

AND NOW, 10/21/19 , the debtor having failed to file either a statement regarding completion of a course in personal financial management, see 11 U.S.C. § 727(a)(11); see also Bankruptcy Rule 4004, or a request for a waiver from this requirement. 11 U.S.C. § 109(h)(4),

And the statement regarding personal financial management was due, *see* Bankruptcy Rule 1007(c),

Accordingly, it is hereby ORDERED that the debtor shall have until 11/4/19 to file a statement regarding completion of an instructional course concerning personal financial management or a request for a waiver

from such requirement. If the debtor fails to do so, then this case may be closed, without further notice or hearing, and without the debtor receiving his/her chapter 7 discharge. See Advisory Committee Note to Fed. R. Bankr. P. 4004.

For The Court

Eric L. Frank

Judge ,United States Bankruptcy Court