*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:                                                                                          : Chapter 7

Wanda Tate                                                                           : Case No. 19–14089–elf

       Debtor(s)

### ORDER
_____

AND NOW, this day , November 13, 2019 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

       By The Court

       Eric L. Frank
       Judge , United States Bankruptcy Court