```
                          United States Bankruptcy Court
                          Eastern District of Pennsylvania
```

In re:                                                                Case No. 19-14089-elf
Wanda Tate                                                            Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

```
District/off: 0313-2         User: Stacey                Page 1 of 1                  Date Rcvd: Nov 13, 2019
                             Form ID: 195                Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 15, 2019.
db             +Wanda Tate,    511 Anne Lane,    Fairless Hills, PA 19030-3801

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 15, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 13, 2019 at the address(es) listed below:
              BONNIE B. FINKEL     finkeltrustee@comcast.net,    NJ69@ecfcbis.com;Finkeltrustee@comcast.net
              BONNIE B. FINKEL     on behalf of Trustee BONNIE B. FINKEL finkeltrustee@comcast.net,
               NJ69@ecfcbis.com;Finkeltrustee@comcast.net
              JOHN M. KENNEY     on behalf of Debtor Wanda  Tate jken330@comcast.net,   Kathy@jkenneylaw.com
              KEVIN G. MCDONALD     on behalf of Creditor    RoundPoint Mortgage Servicing Corporation
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 5

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re: : Chapter 7

Wanda Tate : Case No. 19–14089–elf
    Debtor(s)

### *ORDER*
_____

    AND NOW, this day , November 13, 2019 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Eric L. Frank
Judge , United States Bankruptcy Court

23
Form 195